PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3441

WRITER'S DIRECT FACSIMILE
(212) 492-0441

WRITER'S DIRECT E-MAIL ADDRESS
glaufer@paulweiss.com

December 1, 2022

**By ECF**

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Kim Coughlin et al.* v. *New York State Unified Court System et al.*,
No. 2:22-cv-04002 (FB) (JMW) (E.D.N.Y.)

Dear Judge Block:

Pursuant to the Court's November 29, 2022 order, we are writing on behalf of the parties to provide the Court with the agreed-upon briefing scheduled for Defendants' forthcoming Motion to Dismiss (the "Motion"):

- Defendants' papers in support of the Motion shall be served on Plaintiffs by January 18, 2023;

- Plaintiffs' papers in opposition to the Motion shall be served on Defendants by March 17, 2023; and,

- Defendants' reply papers in further support of the Motion shall be served on Plaintiffs by April 14, 2023.

In accordance with Your Honor's Individual Motion Practices and Rules, Defendants shall file the fully-briefed motion by April 18, 2023.

We thank Your Honor for your attention to this matter and are available at the Court's convenience to answer any questions.

1

        Very truly yours,

        */s/ Gregory F. Laufer*
        Gregory F. Laufer

cc:     All counsel of record (by ECF)