PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS          NEW YORK, NEW YORK 10019-6064
TELEPHONE  (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC  20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER

(212) 373-3441

WRITER'S DIRECT FACSIMILE

(212) 492-0441

WRITER'S DIRECT E-MAIL ADDRESS

glaufer@paulweiss.com

January 18, 2023

**Via Email**

Chad J. LaVeglia, Esq.
350 Motor Parkway, Suite #308
Hauppauge, NY 11788

*Kim Coughlin et al.* v. *New York State Unified Court System et al.*,
No. 2:22-cv-04002 (FB) (JMW) (E.D.N.Y.)

Mr. LaVeglia:

Pursuant to Rule 2.D of Judge Block's Individual Motion Practices and Rules and the Court's December 2, 2022 scheduling order, and on behalf of defendants the New York State Unified Court System, the New York State Office of Court Administration, and (former) Chief Judge Janet DiFiore, (former) Chief Administrative Judge Lawrence K. Marks, Justin A. Barry, Nancy Barry and Carolyn Grimaldi in the above-referenced action, we hereby are serving you with the following papers:

- Defendants' Notice of Motion;

- Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint; and,

- Declaration of Gregory F. Laufer and Exhibits 1–15 annexed thereto.

Sincerely,

*/s/ Gregory F. Laufer*
Gregory F. Laufer

1

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Chad J. LaVeglia, Esq.                                                    2


cc:

**<u>Via ECF</u> (without enclosures)**

The Honorable Frederic Block
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP