UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KIM COUGHLIN, ANNE GALLAGHER, DONNA NOYCE, TAYLER THOMPSON and NYS COURT EMPLOYEES AGAINST MANDATES LTD

                      Plaintiffs,

-against-

NEW YORK STATE UNIFIED COURT SYSTEM, NEW YORK STATE OFFICE OF COURT ADMINISTRATION, CHIEF JUDGE JANET DIFIORE *in her official administrative capacity as Chief Judge,*
CHIEF ADMINISTRATIVE JUDGE LAWRENCE K. MARKS, *in his official capacity,* JUSTIN BARRY *in his official capacity as Chief of Administration,* NANCY BARRY *in her official capacity as Chief of Operations,* CAROLYN GRIMALDI, *in her official capacity as Director of Human Resources.*

                      Defendants

No 2:22-CV-04022

**Affidavit of Amanda Pannenbacker**

STATE OF
COUNTY OF    ss:

I, Amanda Pannenbacker being duly sworn, deposes and says:

1. I am a Plaintiff in the above captioned matter.

2. The following is based upon my personal knowledge, except as to those allegations stated to be based on information and belief, as to which I believe them to be true.

3. I am the founder of NYS Court Employees Against Mandates INC (Organization).

4. The corporate filing receipt attached fairly and accurately represents the Organizations information and the date in which the State officially accepted the Organizations certificate of incorporation.

5. I prepared the certification documents without the assistance of an attorney.

6. I am currently employed by the New York State Unified Court System (UCS).

7. The Organization's members consist of only current and former UCS employees who oppose the vaccine mandate, and other coercive measures from their employer that infringe upon their ability to make historically personal decisions.

8. The Organization—unlike labor unions—accepts only current and former employees who oppose the vaccine mandate, wish to have protection against the vaccine mandate and prospective mandates in the future, and seek to redress the harms experienced as a result of the vaccine mandate.

9. The purpose of the Organization is to provide court employees from across the State the ability to challenge the vaccine mandate through unified litigation in which they can combine their resources to receive access to the courts, share institutional knowledge, collaborate, and advocate against unfair, unlawful, unconstitutional, coercive, workplace requirements, like the vaccine mandate.

10. The Organization acts as a unified front to protect the interests of court employees whose share the same values and beliefs. Especially, when their beliefs are in conflict with those of the majority.

11. Some members have been terminated by the OCA for opposing the vaccine mandate.

12. Other members opposed the vaccine mandate but retired early. As such, they were deprived of the full benefits they expected to receive upon their anticipated retirement date. They are unable to live the life they had worked so hard to build as UCS employees.

13. Other members received religious accommodations but were subjected to weekly, invasive testing and reporting requirements.

14. The last set of members encompasses court employees who strongly opposed the vaccine mandate but got vaccinated out of necessity. Most of them applied for religious or medical accommodations. But they were rejected by Justin Barry and Nancy Barry. These folks worry about the health implications of being vaccinated and feel violated for having to submit to compulsory injections.

15. The Organization also serves as a medium through which members with greater means can help members with less means afford access to justice to preserve their interests.

Dated: Suffolk County, New York
This 17, day of March 2023

[signature]

Amanda Pannenbacker

Sworn to before me this
17 day of March 2023

Notary Public

BRANDON E CHAVEZ
Notary Public - State of New York
NO. 01CH6429336
Qualified in Suffolk County
My Commission Expires Feb 14, 2026