# STATE OF NEW YORK
## DEPARTMENT OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001
WWW.DOS.NY.GOV

KATHY HOCHUL
GOVERNOR

ROBERT J. RODRIGUEZ
SECRETARY OF STATE

Filer: AMANDA PANNENBACKER
NYS COURT EMPLOYEES AGAINST MANDATES, INC.

Your document has been filed by the Department of State.
We have attached the official filing receipt and related document(s) for the following entity:

**DOS ID:** 6714112
**Entity Name:** NYS COURT EMPLOYEES AGAINST MANDATES, INC.

- Retain this letter and attachment(s) for your records. The Department of State does not mail additional copies of the filing receipt or related attachment(s).
- You may obtain a Federal Employer Identification Number(EIN) from the Internal Revenue Service(IRS). You must obtain an EIN to identify your business to the IRS and the New York State Department of Taxation and Finance. Visit https://www.irs.gov, for more information.
- Report your EIN by phone to the Department of Taxation and Finance at 518-485-6027, Monday through Friday between 8:30 a.m. and 4:30 p.m.

**Contact Information**
- Department of State: Email the Division of Corporations at corporations@dos.ny.gov.
- Department of Taxation and Finance: Visit https://www.tax.ny.gov/help/contact for self-help options and telephone numbers.

Exhibit 2



# NEW YORK STATE DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE
### FILING RECEIPT

**ENTITY NAME:** NYS COURT EMPLOYEES AGAINST MANDATES, INC.
**DOCUMENT TYPE:** CERTIFICATE OF INCORPORATION
**ENTITY TYPE:** DOMESTIC NOT-FOR-PROFIT CORPORATION

**DOS ID:** 6714112
**FILE DATE:** 01/18/2023
**FILE NUMBER:** 230131003248
**TRANSACTION NUMBER:** 202301190000587-1621219
**EXISTENCE DATE:** 01/18/2023
**DURATION/DISSOLUTION:** PERPETUAL
**COUNTY:** SUFFOLK

**SERVICE OF PROCESS ADDRESS:** AMANDA PANNENBACKER
[redacted]

**ELECTRONIC SERVICE OF PROCESS EMAIL ADDRESS:** N/A

**FILER:** AMANDA PANNENBACKER
NYS COURT EMPLOYEES AGAINST MANDATES, INC., 10
[redacted]

You may verfiy this document online at: http://ecorp.dos.ny.gov
**AUTHENTICATION NUMBER:** 100002894344

| | | | |
|---|---|---|---|
| TOTAL FEES: | $75.00 | TOTAL PAYMENTS RECEIVED: | $75.00 |
| FILING FEE: | $75.00 | CASH: | $0.00 |
| CERTIFICATE OF STATUS: | $0.00 | CHECK/MONEY ORDER: | $75.00 |
| CERTIFIED COPY: | $0.00 | CREDIT CARD: | $0.00 |
| COPY REQUEST: | $0.00 | DRAWDOWN ACCOUNT: | $0.00 |
| EXPEDITED HANDLING: | $0.00 | REFUND DUE: | $0.00 |